# Tisdale *et al* v. Lillie.

APPEAL from City Court of Decatur.

Heard before Hon. W. H. SIMPSON.

S. T. WEST, for appellant.

· E. W. GODBEY, *contra*.

This was a bill in equity filed by the appellee against the appellants, to have a certain deed declared fraudulent and void against the complainant, who was a creditor of the grantor in said deed. Decree for complainant. Respondents appealed. Affirmed.

Opinion by HEAD, J.

---

# Pruett v. The State.

APPEAL from Circuit Court of Cherokee.

Tried before Hon. J. A. BILBRO.

DENSON & BURNETT, for appellant.

W. C. FITTS, Attorney-General, *contra*.

The defendant being indicted, tried and convicted of the offense of playing cards in a public place, appealed. Judgment affirmed.

Opinion by MCCLELLAN, J.